UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFREY FLORES,<br><br>             Petitioner,<br><br>     v.<br><br>K. HARRINGTON, Warden,<br><br>             Respondent. | Case No. CV 10-8643 RGK (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

///

///

1  *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate
2  of appealability.

DATED: February 24, 2012



_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE