# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFREY FLORES,<br><br>        Petitioner,<br><br>     v.<br><br>K. HARRINGTON, Warden,<br><br>        Respondent. | Case No. CV 10-8643 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 24, 2012

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE